1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
60 East 42nd Street Suite 520
New York, NY 10165
Phone (212) 677-6801
Fax   (646) 273-2196
Email: fedcourt@binderlawfirm.com

Attorneys for Plaintiff Yvette Regina Morris

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE REGINA MORRIS | ) No.: 2:15-cv-02845-RAO |
| | ) |
| Plaintiff, | ) **ORDER AWARDING ATTORNEY** |
| | ) **FEES UNDER THE EQUAL** |
| v. | ) **ACCESS TO JUSTICE ACT,** |
| | ) **PURSUANT TO 28 U.S.C. § 2412(d),** |
| CAROLYN W. COLVIN, | ) **AND COSTS, PURSUANT TO 28** |
| Acting Commissioner of Social | ) **U.S.C. § 1920** |
| Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal
Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall
be awarded attorney fees under the EAJA in the amount of THREE THOUSAND
FIVE HUNDRED DOLLARS ($3,500.00), and costs under 28 U.S.C. § 1920, in
the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of
the above-referenced Stipulation, to include the United States Department of the

Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

Any payment shall be delivered to Plaintiff's counsel.


Dated:  January 25, 2016

Rozella A. Oliver
United States Magistrate Judge